✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/12/07 |
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Carol McCauley, secretary, at 4541 Highway One, Rehoboth Beach, Del.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07        *Harold K. Brode*
              Date              Signature of Server

414 S. State Street
Dover, Del 19901
Address of Server
302/678-5493

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Yves Florestal

**SUMMONS IN A CIVIL CASE**

V.

Golden Harrington, LLC, a
Delaware limited liability
company, and Twenty-Nine Corp.
a Maryland corporation

CASE NUMBER:   07-128

TO: (Name and address of Defendant)

Golden Harrington, LLC
c/o Michael A. Meoli
4541 Highway One
Rehoboth Beach, Delaware 19971

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noel E. Primos, Esquire
Law Offices of Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                           3/2/07

CLERK                                                     DATE

Rence

(By) DEPUTY CLERK