AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/12/07 |
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Mary Robin Schrider-Fox at Tunnell & Raysor Law Firm (Registered Agent) Georgetown, Del

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
Date

Signature of Server  Harold K. Brode

Address of Server  414 S. State Street
Dover, Del 19901
302/678-5483

O.S.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Yves Florestal

V.

Golden Harrington, LLC, a
Delaware limited liability
company, and Twenty-Nine Corp.
a Maryland corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-128

TO: (Name and address of Defendant)

Twenty-Nine Corp., a Maryland corporation
c/o Tunnell & Raysor
30 East Pine Street
P.O. Box 151
Georgetown, DE 19947

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noel E. Primos, Esquire
Law Offices of Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK    3/2/07

(By) DEPUTY CLERK

DATE    3/2/07