AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware



Civil Action No. __0 7 - 1 2 8 JJF__

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__3/2/07__                                  __[signature]__
(Date forms issued)                    (Signature of Party or their Representative)

                                                    __NOEL E. PRIMOS__
                                                    (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action