IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-128-JJF |
| ) | |
| GOLDEN HARRINGTON, LLC ) | |
| a Delaware limited liability company, and ) | |
| TWENTY-NINE CORP., a ) | |
| Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(1) and (6), Defendants Golden Harrington, LLC and Twenty-Nine Corp., moves to dismiss Count III of Plaintiff's Complaint. The grounds for this motion are more fully set forth in Defendants' Opening Brief in Support Of Their Motion To Dismiss, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sheldon N. Sandler*

---

Sheldon N. Sandler, Esquire (No. 0245)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; (302) 571-6553
Facsimile: (302) 576-3330; (302) 576-3470
Email:  ssandler@ycst.com
Email:  mstafford@ycst.com
Attorneys for Defendants

DATED:  April 2, 2007