IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-128-JJF |
| | ) |
| GOLDEN HARRINGTON, LLC | ) |
| a Delaware limited liability company, and | ) |
| TWENTY-NINE CORP., a | ) |
| Maryland corporation, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on **Thursday, June 21, 2007**, I caused two copies of **Defendants' Initial Disclosures** and **Notice of Service** to be served upon the following counsel of record:

### BY FIRST CLASS MAIL

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 0245)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; (302) 571-6553
Facsimile: (302) 576-3330; (302) 576-3470
Email: ssandler@ycst.com
Email: mstafford@ycst.com
Attorneys for Defendants