IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL,<br><br>       Plaintiff,<br><br>v.<br><br>GOLDEN HARRINGTON, LLC<br>a Delaware limited liability company, and<br>TWENTY-NINE CORP., a<br>Maryland corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-128-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on **Thursday, June 21, 2007**, I caused two copies of **Defendants' First Request for Production of Documents** and **Defendant's First Set of Interrogatories** and **Notice of Service** to be served upon the following counsel of record:

### BY FIRST CLASS MAIL

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 0245)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673; (302) 571-6553
Facsimile: (302) 576-3330; (302) 576-3470
Email: ssandler@ycst.com
Email: mstafford@ycst.com
Attorneys for Defendants