IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| GOLDEN HARRINGTON, LLC | ) | |
| a Delaware limited liability company, and | ) | |
| TWENTY-NINE CORP., a Maryland | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26 (a) (1)

to be served upon:

> Sheldon N. Sandler, Esquire
> Michael P. Stafford, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

by first class mail to the address shown above on July 13, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: July 13, 2007
/lm

Certificate of Service

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

>Sheldon N. Sandler, Esquire
>Michael P. Stafford, Esquire
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

by e-filing and mailing copies to the address shown above on July 13, 2007.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: _____
>Noel E. Primos
>Bar I.D. # 3124
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497
>(302) 674-0140
>Attorneys for Plaintiff

DATED: July 13, 2007
/lm