IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN HARRINGTON, LLC | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, and | ) | |
| TWENTY-NINE CORP., a | ) | |
| Maryland corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## PLAINTIFF'S ANSWERS TO DEFENDANTS GOLDEN HARRINGTON, LLC AND TWENTY-NINE CORP'S INTERROGATORIES

to be served upon:

        Sheldon N. Sandler, Esquire
        Michael P. Stafford, Esquire
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899

via first class mail, postage prepaid to the address shown above on July 30, 2007.

        SCHMITTINGER & RODRIGUEZ, P.A.

        BY: _____
        Noel E. Primos
        Bar I.D. # 3124
        414 S. State Street
        P.O. Box 497
        Dover, DE 19903-0497
        (302) 674-0140
        Attorneys for Plaintiff

DATED: July 30, 2007
/lm

Certificate of Service

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

      Sheldon N. Sandler, Esquire
      Michael P. Stafford, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899

via e-filing on July 30, 2007.

                                      SCHMITTINGER & RODRIGUEZ, P.A.

                                      BY: _____
                                            Noel E. Primos
                                            Bar I.D. # 3124
                                            414 S. State Street
                                            P.O. Box 497
                                            Dover, DE 19903-0497
                                            (302) 674-0140
                                            Attorneys for Plaintiff

DATED: July 30, 2007
/lm