IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN HARRINGTON, LLC | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, and | ) | |
| TWENTY-NINE CORP., a | ) | |
| Maryland corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S RESPONSES TO DEFENDANTS GOLDEN HARRINGTON, LLC AND TWENTY-NINE CORP'S FIRST REQUEST FOR PRODUCTION

to be served upon:

    Sheldon N. Sandler, Esquire
    Michael P. Stafford, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899

via first class mail, postage prepaid to the address shown above on August 2, 2007.

                                              SCHMITTINGER & RODRIGUEZ, P.A.

                                              BY: _____
                                              Noel E. Primos
                                              Bar I.D. # 3124
                                              414 S. State Street
                                              P.O. Box 497
                                              Dover, DE 19903-0497
                                              (302) 674-0140
                                              Attorneys for Plaintiff

DATED: August 2, 2007
/lm

Certificate of Service

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

> Sheldon N. Sandler, Esquire
> Michael P. Stafford, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

via e-filing on August 2, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: August 2, 2007
/lm