IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | * | |
| | * | C.A. No. 07-128-JJF |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| GOLDEN HARRINGTON, LLC, | * | |
| a Delaware limited liability | * | |
| company, and TWENTY-NINE | * | |
| CORP., a Maryland corporation, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**NOTICE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO DEFENDANTS**

to be served upon:   SHELDON N. SANDLER, ESQUIRE
            MICHAEL P. STAFFORD, ESQUIRE
            Young, Conaway, Stargatt & Taylor, LLP
            1000 West Street, 17th Floor
            P.O. Box 391
            Wilmington, DE   19899-0391

by mailing copies to the address shown above, postage prepaid on
_August 13_____, 2007.

                    SCHMITTINGER & RODRIGUEZ, P.A.

                    BY: _____
                    NOEL E. PRIMOS, ESQUIRE
                    Bar I.D. #3124
                    414 S. State Street
                    P.O. Box 497
                    Dover, DE   19903
                    (302) 674-0140
                    Attorneys for Plaintiff

DATED: 8-13-07
NEP:pmw

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:   SHELDON N. SANDLER, ESQUIRE
MICHAEL P. STAFFORD, ESQUIRE
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE   19899-0391

by e-filing and mailing copies to the address shown above, postage prepaid on _August 13_, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 8-13-07
NEP:pmw