IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, ) | |
| ) | C.A. No. 07-128-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GOLDEN HARRINGTON, LLC, ) | |
| a Delaware limited liability ) | |
| company, and TWENTY-NINE ) | |
| CORP., a Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

<u>NOTICE OF SERVICE</u>

    I, Michael P. Stafford, Esquire, hereby certify that on September 26, 2007, two copies of this Notice of Service and Defendants' Answers to Plaintiff's First Set of Interrogatories and Defendants' Responses to Plaintiff's First Request for Production were mailed, postage prepaid, via First Class Mail, to the following counsel of record:

        Noel E. Primos, Esquire
        Schmittinger & Rodriguez
        414 South State Street
        P.O. Box 497
        Dover, DE 19903-0497

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email: mstafford@ycst.com
Attorneys for Defendant, Golden Harrington, LLC

DATED: September 26, 2007