IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN HARRINGTON, LLC, | ) | |
| a Delaware limited liability | ) | |
| company, and TWENTY-NINE | ) | |
| CORP., a Maryland corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

TO:  Michael P. Stafford, Esquire
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391

      PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of **Cheryl Stinson** on Monday, November 19, 2007 beginning at 10:00 a.m., **Chris Hawkins** on Monday, November 19, 2007 beginning at 1:00 p.m., **Kevin Hendricks** on Monday, November 26, 2007 beginning at 10:00 a.m. and **Mike Meoli** on Monday, November 26, 2007 beginning at 1:00 p.m. at the law offices of Schmittinger & Rodriguez, P.A., 410 S. State Street, Dover, DE 19901.

      SCHMITTINGER & RODRIGUEZ, P.A.

      BY: _____
      NOEL E. PRIMOS
      Bar I.D. #3124
      414 S. State Street
      P.O. Box 497
      Dover, DE 19903-0497
      (302) 674-0140
      Attorneys for Plaintiff

DATED:
NEP/wsm

cc: Cheryl A. Anthony

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**Notice of Depositions of Cheryl Stinson, Chris Hawkins, Kevin Hendricks and Mike Meoli**

to be served upon:

Michael P. Stafford, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via regular mail to the address shown above and electronic filing on October 10, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: 10-10-07
NEP/wsm