IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | * | |
| | * | C.A. No. 07-128-JJF |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| GOLDEN HARRINGTON, LLC, | * | |
| a Delaware limited liability | * | |
| company, and TWENTY-NINE | * | |
| CORP., a Maryland corporation, | * | |
| | * | |
| Defendants. | * | |
| | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANTS**
and
**PLAINTIFF'S FIRST SET OF REQUESTS
FOR ADMISSIONS DIRECTED TO DEFENDANT**

to be served upon:    SHELDON N. SANDLER, ESQUIRE
MICHAEL P. STAFFORD, ESQUIRE
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE    19899-0391

by mailing copies to the address shown above, postage prepaid on November 30, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE    19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 11-30-2007
NEP:wsm