IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, ) | |
| ) | C.A. No. 07-128-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GOLDEN HARRINGTON, LLC, ) | |
| a Delaware limited liability ) | |
| company, and TWENTY-NINE ) | |
| CORP., a Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION OF YVES FLORESTAL**

TO:    Noel E. Primos, Esquire
Schmittinger & Rodriguez
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

      PLEASE TAKE NOTICE that Defendants will take the deposition of Yves Florestal at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on December 18, 2007 beginning at 10:00 a.m.  The deposition shall continue day to day until completed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone:   (302) 571-6553
Facsimile:    (302) 576-3461
Email:        mstafford@ycst.com
*Attorneys for Defendants*

Dated:  November 30, 2007
cc:    Wilcox & Fetzer