IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-128-JJF |
| ) | |
| GOLDEN HARRINGTON, LLC ) | |
| a Delaware limited liability company, and ) | |
| TWENTY-NINE CORP., a ) | |
| Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Michael P. Stafford, Esquire, hereby certify that on **Friday, December 28, 2007**, I caused two copies of **Defendants' Second Request for Production of Documents** and **Notice of Service** to be served upon the following counsel of record:

**BY FIRST CLASS MAIL**

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael P. Stafford*
Sheldon N. Sandler, Esquire (No. 0245)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; (302) 571-6553
Facsimile: (302) 576-3330; (302) 576-3470
Email:  ssandler@ycst.com
Email:  mstafford@ycst.com
Attorneys for Defendants