IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-128-JJF |
| | ) |
| GOLDEN HARRINGTON, LLC | ) |
| a Delaware limited liability company, and | ) |
| TWENTY-NINE CORP., a | ) |
| Maryland corporation, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on Friday, January 4, 2008, I caused two copies of **Defendants' Responses to Plaintiff's Request for Admissions, Defendants' Responses to Plaintiff's Second Set of Interrogatories** and **this Notice of Service** to be served upon the following counsel of record:

**BY FIRST CLASS MAIL**
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael P. Stafford*
Sheldon N. Sandler, Esquire (No. 0245)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; (302) 571-6553
Facsimile: (302) 576-3330; (302) 576-3470
Email:  ssandler@ycst.com
Email:  mstafford@ycst.com
Attorneys for Defendants