IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GOLDEN HARRINGTON, LLC | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability | ) | |
| company, and TWENTY-NINE CORP., | ) | |
| a Maryland corporation | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Noel E. Primos, hereby certify that on Monday, February 4, 2008, copies of **Plaintiff's Responses To Defendants Golden Harrington, LLC And Twenty-Nine Corp.'s Second Request For Production Of Documents** were served by **First-Class Mail** on the following:

    Sheldon N. Sandler, Esquire
    Michael P. Stafford, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391

    SCHMITTINGER & RODRIGUEZ, P.A.

    /s/ Noel E. Primos
    NOEL E. PRIMOS, ESQUIRE
    Bar I.D. #3124
    414 S. State Street
    P.O. Box 497
    Dover, DE 19903
    (302) 674-0140
    Attorney for Plaintiff

DATED: 2-4-08

NEP/wsm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YVES FLORESTAL, | ) | C.A. No. 07-128-JJF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GOLDEN HARRINGTON, LLC | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability | ) | |
| company, and TWENTY-NINE CORP., | ) | |
| a Maryland corporation | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:

Sheldon N. Sandler, Esquire
Michael P. Stafford, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via electronic service on February 4, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

_/s/ Noel E. Primos_
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

DATED: 2-4-08

NEP/wsm