IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 07-128-JJF |
| | ) |
| GOLDEN HARRINGTON, LLC | ) |
| a Delaware limited liability company, and | ) |
| TWENTY-NINE CORP., a | ) |
| Maryland corporation, | ) |
| | ) |
|     Defendants. | ) |

## JOINT STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the parties in the above-captioned matter that the briefing schedule for case dispositive motions shall be amended as follows:

1. Opening briefs shall be filed on April 11, 2008.
2. Answering briefs shall be filed on May 2, 2008.
3. Reply briefs shall be filed by May 9, 2008.

Counsel for all parties certify that they have consulted with their respective clients about this request.

{*continued on next page*}

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/Noel E. Primos | /s/ Michael P. Stafford |
| Noel E. Primos Esquire (No. 3124) | Sheldon N. Sandler, Esquire (No. 0245) |
| 414 South State Street | Michael P. Stafford, Esquire (No. 4461) |
| P.O. Box 497 | The Brandywine Building |
| Dover, DE 19903-0497 | 1000 West Street, 17th Floor |
| Attorney for Plaintiff | P.O. Box 391 |
| Telephone: (302) 674-0140 | Wilmington, Delaware 19899-0391 |
| Facsimile: (302) 678-6850 | Telephone: (302) 571-6673; (302) 571-6553 |
| Email: nprimos@schmittrod.com | Facsimile: (302) 576-3330; (302) 576-3470 |
| Attorney for Plaintiff | Email: ssandler@ycst.com; mstafford@ycst.com |
|  | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan