IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-128-JJF |
| | ) |
| GOLDEN HARRINGTON, LLC | ) |
| a Delaware limited liability company, and | ) |
| TWENTY-NINE CORP., a | ) |
| Maryland corporation, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

WHEREAS, on or about March 1, 2007 Plaintiff Yves Florestal commenced the above action against Defendants Golden Harrington, LLC and Twenty-Nine Corp. in the United States District Court for the District of Delaware alleging violations alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, Section 1981, 42 U.S.C. § 1981, and asserting a state law claim under the common law covenant of good faith and fair dealing; and

WHEREAS, the parties previously stipulated to the dismissal, with prejudice, of Plaintiff's state law claim under the common law covenant of good faith and fair dealing (D.I. 8); and

WHEREAS, Defendants answered the complaint denying all the material allegations contained therein; and

WHEREAS, the Defendants and Plaintiff have reached a written agreement as to the complete and final settlement of this litigation, including, but not limited to, a release of all claims brought against the Defendants;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the above-captioned action shall be dismissed with prejudice, and that Plaintiff hereby releases Defendants from any and all claims he has or may have under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and Section 1981, 42 U.S.C. § 1981; and

IT IS FURTHER STIPULATED that with Plaintiff and Defendant shall bear their own respective costs and attorneys' fees.

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/Noel E. Primos | /s/ Michael P. Stafford |
| Noel E. Primos Esquire (No. 3124) | Sheldon N. Sandler, Esquire (No. 0245) |
| 414 South State Street | Michael P. Stafford, Esquire (No. 4461) |
| P.O. Box 497 | The Brandywine Building |
| Dover, DE 19903-0497 | 1000 West Street, 17th Floor |
| Attorney for Plaintiff | P.O. Box 391 |
| Telephone: (302) 674-0140 | Wilmington, Delaware 19899-0391 |
| Facsimile: (302) 678-6850 | Telephone: (302) 571-6673; (302) 571-6553 |
| Email: nprimos@schmittrod.com | Facsimile: (302) 576-3330; (302) 576-3470 |
| Attorney for Plaintiff | Email: ssandler@ycst.com; mstafford@ycst.com |
|  | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**STIPULATION OF SETTLEMENT AND DISMISSAL**

to be served upon:   SHELDON N. SANDLER, ESQUIRE
　　　　　　　　　　 MICHAEL P. STAFFORD, ESQUIRE
　　　　　　　　　　 The Brandywine Building
　　　　　　　　　　 1000 West Street, 17th Floor
　　　　　　　　　　 P.O. Box 391
　　　　　　　　　　 Wilmington, Delaware 19899-0391

by electronic filing on ___June 13___, 2008.

　　　　　　　　　　　　　　 SCHMITTINGER & RODRIGUEZ, P.A.

　　　　　　　　　　　　　　 BY: /s/ NOEL E. PRIMOS
　　　　　　　　　　　　　　 　　 NOEL E. PRIMOS, ESQUIRE
　　　　　　　　　　　　　　 　　 Bar I.D. #3124
　　　　　　　　　　　　　　 　　 414 S. State Street
　　　　　　　　　　　　　　 　　 P.O. Box 497
　　　　　　　　　　　　　　 　　 Dover, DE   19903
　　　　　　　　　　　　　　 　　 (302) 674-0140
　　　　　　　　　　　　　　 　　 Attorney for Plaintiff

DATED: 06/13/2008
NEP/wsm