IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YVES FLORESTAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 07-128-JJF |
| ) | |
| GOLDEN HARRINGTON, LLC ) | |
| a Delaware limited liability company, and ) | |
| TWENTY-NINE CORP., a ) | |
| Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

WHEREAS, on or about March 1, 2007 Plaintiff Yves Florestal commenced the above action against Defendants Golden Harrington, LLC and Twenty-Nine Corp. in the United States District Court for the District of Delaware alleging violations alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, Section 1981, 42 U.S.C. § 1981, and asserting a state law claim under the common law covenant of good faith and fair dealing; and

WHEREAS, the parties previously stipulated to the dismissal, with prejudice, of Plaintiff's state law claim under the common law covenant of good faith and fair dealing (D.I. 8); and

WHEREAS, Defendants answered the complaint denying all the material allegations contained therein; and

WHEREAS, the Defendants and Plaintiff have reached a written agreement as to the complete and final settlement of this litigation, including, but not limited to, a release of all claims brought against the Defendants;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the above-captioned action shall be dismissed with prejudice, and that Plaintiff hereby releases Defendants from any and all claims he has or may have under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and Section 1981, 42 U.S.C. § 1981; and

IT IS FURTHER STIPULATED that with Plaintiff and Defendant shall bear their own respective costs and attorneys' fees.

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/Noel E. Primos | /s/ Michael P. Stafford |
| Noel E. Primos Esquire (No. 3124) | Sheldon N. Sandler, Esquire (No. 0245) |
| 414 South State Street | Michael P. Stafford, Esquire (No. 4461) |
| P.O. Box 497 | The Brandywine Building |
| Dover, DE 19903-0497 | 1000 West Street, 17th Floor |
| Attorney for Plaintiff | P.O. Box 391 |
| Telephone: (302) 674-0140 | Wilmington, Delaware 19899-0391 |
| Facsimile: (302) 678-6850 | Telephone: (302) 571-6673; (302) 571-6553 |
| Email: nprimos@schmittrod.com | Facsimile: (302) 576-3330; (302) 576-3470 |
| Attorney for Plaintiff | Email: ssandler@ycst.com; mstafford@ycst.com |
| | Attorneys for Defendants |

SO ORDERED this 20 day of June, 2008.

_____
The Honorable Joseph J. Farnan